OPINION — AG — ** COMPLAINING WITNESS — BEER PERMIT — DEPOSIT ** QUESTION: CAN OR CANNOT THE "COMPLAINING WITNESS" IN A PROCEEDING TO REVOKE A "BEER PERMIT" IS REQUIRE TO DEPOSIT, OR PAY, COURT COSTS IN SUCH PROCEEDING ? — NEGATIVE (NON INTOXICATING, LICENSE, PRIVATE CITIZEN, WITNESSES, MILEAGE, REVOCATION OF LICENSE) CITE: 22 O.S. 1274 [22-1274], 37 O.S. 163.11 [37-163.11] [37-163.11], OPINION NO. OCTOBER 8, 1936 — RICHARDS, OPINION NO. JANUARY 5, 1934 — HURST, OPINION NO. OCTOBER 25, 1944 — BARRY (J. H. JOHNSON)